No. 210. UNITED STATES *v.* ATLANTIC REFINING CO. ET AL. The motion to remand is granted and the cause is remanded to the United States District Court for the District of Columbia insofar as it pertains to the orders of said court of March 26, 1958, involving the Tidal Pipe Line Company, Tidewater Oil Company, Service Pipe Line Company, and Standard Oil Company (Indiana). MR. JUSTICE CLARK and MR. JUSTICE HARLAN took no part in the consideration or decision of this motion. *Solicitor General Rankin* on the motion.

No. 706. BRAEN *v.* PFEIFFER OIL TRANSPORT CO., INC. C. A. 2d Cir. Certiorari granted. *Arthur N. Seiff* for petitioner. *Edmund F. Lamb* for respondent.

No. 687. RUSHLIGHT ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Dwight L. Schwab* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander* and *Herbert E. Morris* for the United States.

No. 690. BALTIMORE BUILDING AND CONSTRUCTION TRADES COUNCIL *v.* SELBY-BATTERSBY & CO. ET AL. C. A. 4th Cir. Certiorari denied. *Claude L. Callegary* for petitioner. *Earle K. Shawe* and *Wilson K. Barnes* for respondents. *Solicitor General Rankin* filed a memorandum of the National Labor Relations Board.

No. 691. BLUM *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *William F. Walsh* for petitioner.